IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**MONTE A ROSE, JR.,** *et al.,*

      Plaintiffs,

v.

**ALEX M. AZAR II,** *et al.,*

      Defendants.

Civil Action No. 1:19-cv-2848 (JEB)

## JOINT STATUS REPORT

This Court ordered the parties to file a joint status report "indicating how they think the Court should proceed" in this case. March 20, 2020 Minute Order. Indiana respectfully requests, without opposition, that this Court stay proceedings in this case during the pendency of the national COVID-19 public health emergency. The parties provide their positions in more detail as follows.

*Plaintiffs*. Without conceding the merits of their legal positions with respect to the legality of the project as a whole, the components of that project, or the ultimate relief that the Court should grant, the Plaintiffs do not oppose a stay of proceedings that ends on the date that the national COVID-19 public health emergency is declared to be over. And upon that end point, Plaintiffs request that the Court hold a scheduling conference at the earliest convenient time so that a final schedule can be established for deciding this case on the merits.

*Defendants*. The state defendants, as noted, request a stay pending the national COVID-19 public health emergency to ensure that the Family and Social Services Administration's Office of Medicaid Policy and Planning (OMPP) staff may remain focused on COVID-19-related matters. For example, OMPP staff are reviewing all state level operations to identify barriers to access and remove those for HIP members and uninsured individuals. OMPP is also changing dozens of state level

operational policies to prepare for the COVID-19 surge. OMPP staff must also review all new federal guidance, including under the CARES Act, which (among other things), requires system changes on continuation of benefits and ceasing terminations and stays on pending eligibility appeals where continued benefits are being provided. OMPP is also partnering with other state agencies to assist in their COVID-19 response efforts. These efforts are taking up the vast majority of OMPP staff across all divisions.

The federal defendants consent to a stay of proceedings until the national COVID-19 public health emergency is declared to be over. The state and federal defendants request that the Court order the parties to file another joint status report within 14 days of the emergency being declared over and reserve their right to seek a further stay if appropriate.

Dated: 4/3/2020

By: /s/ Jane Perkins
Jane Perkins
Catherine McKee
Sarah Somers
National Health Law Program
200 N. Greensboro Street, Suite D-13
Carrboro, NC 27510
Phone: 919-968-6308 (x101)
perkins@healthlaw.org
mckee@healthlaw.org
somers@healthlaw.org

/s/ Adam Mueller
Adam Mueller
Amanda Hall
Indiana Legal Services, Inc.
151 N. Delaware St. #1850
Indianapolis, IN 46204
Phone: 317-829-3174
adam.mueller@ilsi.net
amanda.hall@ilsi.net

*Counsel for Plaintiffs*

JOSEPH H. HUNT
Assistant Attorney General

DAVID M. MORRELL
Deputy Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director

/s/ Vinita B. Andrapalliyal
VINITA B. ANDRAPALLIYAL
MATTHEW SKURNIK (NY 5553896)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 305-0845
Email: Vinita.b.andrapalliyal@usdoj.gov

*Counsel for the Federal Defendants*

CURTIS T. HILL, JR.
Indiana Attorney General

By: /s/ Thomas M. Fisher

Thomas M. Fisher
Solicitor General
Kian J. Hudson
Deputy Solicitor General
Office of the Indiana Attorney General
302 W. Washington St.
Indiana Government Center South, 5th Floor
Indianapolis, IN 46204-2770
Phone:  (317) 232-6255
Fax:  (317) 232-7979
Email: Tom.Fisher@atg.in.gov
          Kian.Hudson@atg.in.gov

Caroline M. Brown
Philip J. Peisch
Brown & Peisch PLLC
1233 20th St. NW, Suite 505
Washington, D.C. 20036
Phone: (202) 499-4258
Email: cbrown@brownandpeisch.com
          ppeisch@brownandpeisch.com


*Counsel for Intervenor-Defendant
Indiana Family and Social Services Administration*