AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| Monte A Rose, Jr., et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:19-cv-2848 (JEB) |
| Alex M. Azar II, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Monte A Rose, Jr., et al.                                                                 .

Date:    06/05/2020

/s/
*Attorney's signature*

Ian Heath Gershengorn; 448475
*Printed name and bar number*
Jenner & Block
1099 New York Avenue, NW
Suite 900
Washington, DC  20001

*Address*

igershengorn@jenner.com
*E-mail address*

(202) 639-6869
*Telephone number*

(202) 639-6066
*FAX number*