UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTE A. ROSE, JR., et al., | ) |
| Plaintiffs, | ) ) |
| v. | ) No. 1:19-cv-02848-JEB ) ) |
| XAVIER BECERRA, et al., | ) ) |
| Defendants. | ) ) |

**JOINT STATUS REPORT**

In accordance with the Court's July 17, 2023 order, Plaintiffs Monte A. Rose, Jr., et al.; Federal Defendants Xavier Becerra, et al.; and Intervenor-Defendant the Indiana Family and Social Services Administration (collectively, the "parties") respectfully submit the following joint status report.

1. On September 23, 2019, the Plaintiffs filed a complaint challenging the Federal Defendants' approval of the Healthy Indiana Plan (HIP) under Section 1115 of the Social Security Act.

2. The Plaintiffs moved to set an expedited briefing schedule, and the Federal Defendants and the Intervenor-Defendant jointly cross-moved for a stay pending the issuance of the mandates in *Stewart v. Azar* and *Gresham v. Azar*. ECF Nos. 16, 18. The Court granted each motion in part and denied each motion in part, but did not stay the case. Min. Order (Nov. 21, 2019).

3. On April 3, 2020, the parties filed a joint status report, in which Indiana requested, without opposition, that the Court stay proceedings during the pendency of the COVID-19 public health emergency. ECF No. 36. The Court granted the stay and directed the parties to submit a joint status report within two weeks of the COVID-19 public health emergency being declared over. Min. Order (April 6, 2020).

1

4. On June 24, 2021, CMS notified Indiana that it was withdrawing the approval of the work requirements previously approved as part of HIP, based on its determination that they are not likely to promote the objectives of the Medicaid program. *See* Letter from Chiquita Brooks-LaSure, Adm'r, CMS, to Allison Taylor, Medicaid Dir., Ind. Family & Social Servs. Admin. 3, 22 (June 24, 2021), https://bit.ly/3hi4twT.

5. CMS simultaneously notified Indiana that it is reviewing the other authorities that it had previously approved in HIP and that the "review remains ongoing." *See id.* at 23.

6. On June 28, 2021, the Court ordered the parties to file a joint status report. Min. Order (Jun. 28, 2021). In response to that report, ECF No. 40, the court ordered the parties to "file a further joint status report within two weeks of the COVID-19 public-health emergency being declared over or CMS completing its review of the current Healthy Indiana Plan approval, whichever occurs first." Min. Order (July 8, 2021).

7. On May 11, 2023, the COVID-19 public health emergency ended. *See* Letter to U.S. Governors from HHS Secretary Xavier Becerra on Renewing COVID-19 Public Health Emergency (PHE) (Feb. 9, 2023) https://www.hhs.gov/about/news/2023/02/09/letter-us-governors-hhs-secretary-xavier-becerra-renewing-covid-19-public-health-emergency.html (last accessed May 24, 2023).

8. CMS's review of the other authorities approved as part of HIP, which are the subject of this litigation, remains ongoing. CMS is currently in conversations with Indiana about the State's plans to proceed with the HIP premium requirement, which is currently not in effect. In the course of those discussions, Indiana has informed CMS that at this time it does not intend to implement the premium requirement until the conclusion of the Medicaid unwinding period, which the State expects to occur in May of 2024. *See Unwinding and Returning to Regular*

*Operations after COVID-19*, CTRS. FOR MEDICARE & MEDICAID SERVS., https://www.medicaid.gov/resources-for-states/coronavirus-disease-2019-covid-19/unwinding-and-returning-regular-operations-after-covid-19/index.html (last accessed September 14, 2023).

9. Therefore, Federal Defendants propose to continue the stay in this case for another 60 days to allow CMS to continue its discussions with Indiana and for the parties to file another joint status report by November 14, 2023.

10. Plaintiffs do not oppose the Federal Defendants' request. Intervenors agree with the Federal Defendants' proposal.

Dated: September 15, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director

/s/ *Vinita B. Andrapalliyal*
VINITA B. ANDRAPALLIYAL
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 305-0845
Vinita.b.andrapalliyal@usdoj.gov

*Counsel for Federal Defendants*

/s/ *Jane Perkins*
Jane Perkins
Catherine McKee

National Health Law Program
1512 E. Franklin Street, Suite 110
Chapel Hill, NC 27514
(919) 968-6308
perkins@healthlaw.org

*Counsel for Plaintiffs*

THEODORE E. ROKITA
Indiana Attorney General

By: */s/James A. Barta*
James A. Barta
Deputy Solicitor General
Office of the Indiana Attorney
General
IGC-South, Fifth Floor
302 West Washington Street
Indianapolis, Indiana 46204-2770
Telephone: (317) 232-0709
Fax: (317) 232-7979
Email: James.Barta@atg.in.gov

Caroline M. Brown
Philip J. Peisch
Brown & Peisch PLLC
1233 20th St. NW, Suite 505
Washington, D.C. 20036
Phone: (202) 499-4258
cbrown@brownandpeisch.com
ppeisch@brownandpeisch.com

*Counsel for Intervenor-Defendant Indiana Family and Social Services Administration*

4