# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTE A. ROSE, JR., et al., | ) |
|       Plaintiffs, | ) |
| | ) No. 1:19-cv-02848-JEB |
| v. | ) |
| XAVIER BECERRA, et al., | ) |
|       Defendants. | ) |

## JOINT STATUS REPORT

In accordance with the Court's September 15, 2023 order, Plaintiffs Monte A. Rose, Jr., et al.; Federal Defendants Xavier Becerra, et al.; and Intervenor-Defendant the Indiana Family and Social Services Administration (collectively, the "parties") respectfully submit the following joint status report.

1. On September 23, 2019, the Plaintiffs filed a complaint challenging the Federal Defendants' approval of the Healthy Indiana Plan (HIP) under Section 1115 of the Social Security Act.

2. The Plaintiffs moved to set an expedited briefing schedule, and the Federal Defendants and the Intervenor-Defendant jointly cross-moved for a stay pending the issuance of the mandates in *Stewart v. Azar* and *Gresham v. Azar*. ECF Nos. 16, 18. The Court granted each motion in part and denied each motion in part, but did not stay the case. Min. Order (Nov. 21, 2019).

3. On April 3, 2020, the parties filed a joint status report, in which Indiana requested, without opposition, that the Court stay proceedings during the pendency of the COVID-19 public health emergency. ECF No. 36. The Court granted the stay and directed the parties to submit a joint status report within two weeks of the COVID-19 public health emergency being declared over. Min. Order (April 6, 2020).

4. On June 24, 2021, CMS notified Indiana that it was withdrawing the approval of the work requirements previously approved as part of HIP, based on its determination that they are not likely to promote the objectives of the Medicaid program. *See* Letter from Chiquita Brooks-LaSure, Adm'r, CMS, to Allison Taylor, Medicaid Dir., Ind. Family & Social Servs. Admin. 3, 22 (June 24, 2021), https://bit.ly/3hi4twT.

5. CMS simultaneously notified Indiana that it is reviewing the other authorities that it had previously approved in HIP and that the "review remains ongoing." *See id*. at 23.

6. On June 28, 2021, the Court ordered the parties to file a joint status report. Min. Order (Jun. 28, 2021). In response to that report, ECF No. 40, the court ordered the parties to "file a further joint status report within two weeks of the COVID-19 public-health emergency being declared over or CMS completing its review of the current Healthy Indiana Plan approval, whichever occurs first." Min. Order (July 8, 2021).

7. On May 11, 2023, the COVID-19 public health emergency ended. *See* Letter to U.S. Governors from HHS Secretary Xavier Becerra on Renewing COVID-19 Public Health Emergency (PHE) (Feb. 9, 2023) https://www.hhs.gov/about/news/2023/02/09/letter-us-governors-hhs-secretary-xavier-becerra-renewing-covid-19-public-health-emergency.html (last accessed May 24, 2023).

8. Since the parties filed their last joint status report, CMS and Indiana have had further discussion. As a result, CMS has tentatively concluded its review of HIP's remaining requirements. CMS intends to issue a final decision document explaining the outcome of its review no later than December 22, 2023.

9. After CMS issues its final decision document, Federal Defendants intend to confer with Indiana and Plaintiffs about next steps in the case.

10. Therefore, Federal Defendants propose to continue the stay in this case to allow CMS to issue its final decision document and for the parties to confer before filing another joint status report by January 12, 2024.

11. Plaintiffs do not oppose the Federal Defendants' request. Intervenors agree with the Federal Defendants' proposal.

Dated: November 14, 2023                                        Respectfully submitted,


BRIAN M. BOYNTON
Acting Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director

/s/  Vinita B. Andrapalliyal
VINITA B. ANDRAPALLIYAL
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 305-0845
Vinita.b.andrapalliyal@usdoj.gov

*Counsel for Federal Defendants*

/s/ Jane Perkins
Jane Perkins
Catherine McKee
National Health Law Program
1512 E. Franklin Street, Suite 110
Chapel Hill, NC 27514
(919) 968-6308
perkins@healthlaw.org

*Counsel for Plaintiffs*

3

THEODORE E. ROKITA
Indiana Attorney General

By: */s/James A. Barta*
James A. Barta
Deputy Solicitor General
Office of the Indiana Attorney
General
IGC-South, Fifth Floor
302 West Washington Street
Indianapolis, Indiana 46204-2770
Telephone: (317) 232-0709
Fax: (317) 232-7979
Email: James.Barta@atg.in.gov

Caroline M. Brown
Philip J. Peisch
Brown & Peisch PLLC
1233 20th St. NW, Suite 505
Washington, D.C. 20036
Phone: (202) 499-4258
cbrown@brownandpeisch.com
ppeisch@brownandpeisch.com

*Counsel for Intervenor-Defendant Indiana Family and Social Services Administration*