AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Monte A Rose, Jr., et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:19-cv-2848 (JEB) |
| Alex M. Azar II, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Rhonda Cree; Monte A. Rose, Jr.; Erin Nicole Tomlinson; Elizabeth A. Wepler.

Date: 03/12/2024

/s/ Erica S. Turret
*Attorney's signature*

Erica S. Turret (1735511)
*Printed name and bar number*

Jenner & Block LLP
1099 New York Ave., NW
Suite 900
Washington, DC 20001
*Address*

ETurret@jenner.com
*E-mail address*

(202) 637-6383
*Telephone number*

*FAX number*