# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MONTE A. ROSE, JR., *et al.*, ) <br> ) <br> Plaintiffs. ) <br> ) <br> v. ) <br> ) No. 1:19-cv-02848-JEB <br> XAVIER BECERRA, in his official capacity as ) <br> Secretary of Health and Human Services, *et al.*, ) <br> ) <br> Defendants. ) <br> _____ ) | |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

For the reasons set forth in the accompanying memorandum of law, Plaintiffs respectfully request that this Court grant summary judgment on their claims that federal Defendants' October 26, 2020 and December 22, 2023 approvals of the Healthy Indiana Plan project violate the Administrative Procedure Act and the Social Security Act. *See* Fed. R. Civ. P. 56.

Dated: March 20, 2024

/s/ Ian Heath Gershengorn
Ian Heath Gershengorn
Thomas J. Perrelli
Erica S. Turret
JENNER & BLOCK
1099 New York Ave., Suite 900
Washington, DC 20001
(202) 639-6869
Igershengorn@jenner.com
Eturret@jenner.com

*Counsel to National Health Law Program*

Respectfully submitted,

/s/ Jane Perkins
Jane Perkins
Catherine McKee
NATIONAL HEALTH LAW PROGRAM
1512 E. Franklin St., Ste. 110
Chapel Hill, NC 27514
(919) 968-6308 (x101)
perkins@healthlaw.org
mckee@healthlaw.org

Adam Mueller
INDIANA JUSTICE PROJECT
1100 W 42nd St. Suite 200
Indianapolis, IN 46208
(317) 912-1135 ext. 800
amueller@injp.org

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send an electronic notice to all authorized CM/ECF filers.

By:  /s/ Ian Heath Gershengorn
     Ian Heath Gershengorn