UNITED STATES DISTRICT COURT
DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTE A. ROSE, JR., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) No. 1:19-cv-02848-JEB |
| XAVIER BECERRA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**MOTION TO DISMISS OF INTERVENOR-DEFENDANT**
**INDIANA FAMILY AND SOCIAL SERVICES ADMINISTRATION**

Pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), Intervenor-Defendant Indiana Family and Social Services Administration respectfully requests dismissal of the supplemental complaint, Dkt. 50-1, for the reasons stated in its accompanying memorandum.

Respectfully submitted,

THEODORE E. ROKITA
Indiana Attorney General

By: /s/ James A. Barta
James A. Barta (DC Bar 1032613)
Solicitor General


Office of the Indiana Attorney General
302 W. Washington St.
Indiana Government Center South, 5th Floor
Indianapolis, IN 46204-2770
Phone:  (317) 232-6255
Fax:  (317) 232-0709
Email: James.Barta@atg.in.gov

Caroline M. Brown (DC Bar 438342)
Brown & Peisch PLLC
1225 19th St. NW, Suite 700
Washington, D.C. 20036
Phone: (202) 499-4258
Email: cbrown@brownandpeisch.com

*Counsel for Intervenor-Defendant
Indiana Family and Social Services Administration*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 10, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which shall send notification of such filing to any CM/ECF participants.

                                        *s/ James A. Barta*
                                        James A. Barta
                                        Solicitor General
                                        Office of the Attorney General
                                        302 W. Washington St., IGCS 5th Floor
                                        Indianapolis, IN 46204-2770
                                        Phone: (317) 232-0709
                                        Fax: (317) 232-7979
                                        Email: james.barta@atg.in.gov