UNITED STATES DISTRICT COURT
DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTE A. ROSE, JR., *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) No. 1:19-cv-02848-JEB |
| XAVIER BECERRA, *et al.*, | ) ) ) |
| Defendants. | ) |

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS
OF INTERVENOR-DEFENDANT
INDIANA FAMILY AND SOCIAL SERVICES ADMINISTRATION**

Having considered the parties' filings and being duly advised, the Court finds that good cause exists to grant the motion to dismiss of Intervenor-Defendant Indiana Family and Social Services Administration.

IT IS THEREFORE ORDERED that the motion to dismiss is GRANTED and judgment will be entered for Intervenor-Defendant Indiana Family and Social Services Administration.

DATED: _____                 _____
                                         HON. JAMES E. BOASBERG