## Supplemental Declaration of Emily Rames

1. I submitted a declaration in this matter, which was dated March 13, 2024. The statements I made in that declaration remain true and correct, with the exception of the statement in paragraph 11. I have now received a notice that discusses POWER Account Contributions. The notice, dated April 4, 2024, told me that I will owe $20 per month based on my income. It informed me that "in a few days" I would receive an invoice with a due date. I have not yet gotten an invoice.

2. I am not married.

3. I have no children.

4. To my knowledge, I am not pregnant.

I declare under penalty of perjury that the above information is true and correct.

5/28/2024
Date

Emily Rames