UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSE, JR., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, *et al.*, <br><br> Defendants. | Civil Action No. 1:19-cv-2848 (JEB) |

**FEDERAL DEFENDANTS' RESPONSE TO THE
SUPPLEMENTAL DECLARATION OF EMILY RAMES**

The Federal Defendants file this response to the Supplemental Declaration of Emily Rames.  *See* ECF No. 64.  Based on the additional statements in that document clarifying Ms. Rames's household size, the Federal Defendants no longer contend that she has not established that her income exceeds the federal poverty level and, as a result, is required to pay premiums to maintain HIP coverage.  *See* Fed. Defs.' Mem. in Opp'n to Pls.' Mot. for Summ. J. 14-15, ECF No. 56 (arguing Ms. Rames's original declaration did "not establish the size of her household" and therefore did not "clearly establish . . . income at or above the" federal poverty level).  The Federal Defendants maintain all other arguments made in support of their cross-motion for summary judgment and in opposition to Plaintiffs' motion for summary judgment.  Specifically, Ms. Rames's supplemental declaration does not affect the Federal Defendants' standing arguments as to challenged portions of the demonstration other than premium requirements, arguments regarding the reviewability of any demonstration approval or the December 2023 letter, or arguments on the merits.  Finally, for the reasons explained in prior briefing, the Federal Defendants maintain that

any remedy in this case must be limited to the plaintiffs' particular injury.  *See id.* at 41; Fed. Defs.'

Reply Mem. in Supp. of Cross-Mot. for Summ. J. 24, ECF No. 62.


Dated:  June 18, 2024                                        Respectfully submitted,

                                                                                      BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director

*/s/ Jacob S. Siler*
Jacob S. Siler (D.C. Bar No. 1003383)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 353-4556
Email: Jacob.S.Siler@usdoj.gov

*Counsel for Defendants*

2