UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MONTE A. ROSE, JR.,** *et al.*,<br><br>    **Plaintiffs,**<br><br>        v.<br><br>**XAVIER BECERRA, Secretary of Health and Human Services,** *et al.*,<br><br>    **Defendants.** | Civil Action No. 19-2848 (JEB) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Plaintiffs' Motion for Summary Judgment is GRANTED;

2. Federal Defendants' Cross-Motion for Summary Judgment is DENIED;

3. Indiana's Motion to Dismiss is DENIED;

4. Judgment is ENTERED for Plaintiffs on Count I of the Supplemental Complaint; and

5. The Secretary's 2020 approval of the Healthy Indiana Plan 2.0 is VACATED and REMANDED to the agency.

                                                /s/ *James E. Boasberg*
                                                JAMES E. BOASBERG
                                                Chief Judge

Date: June 27, 2024