UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTE A. ROSE, JR., *et al.*,            )<br>                                                                    )<br>            Plaintiffs.                              )<br>                                                                    )<br>            v.                                                 )<br>                                                                    )<br>XAVIER BECERRA, in his official capacity as )<br>Secretary of Health and Human Services, *et al.*, )<br>                                                                    )<br>           Defendants.                          )<br>_____) | No. 1:19-cv-02848-JEB |

**PLAINTIFFS' RESPONSE TO INTERVENOR-DEFENDANT'S MOTION FOR ENTRY OF JUDGMENT PURSUANT TO RULE 54(B) AND RULE 58**

On July 3, 2024, Intervenor-Defendant Indiana Family and Social Services Administration filed a motion for entry of judgment "on all claims adjudicated in the Court's opinion, Dkt. 68, and order, Dkt. 67, dated June 27, 2024." ECF No. 69 at 1. Plaintiffs take no position regarding entry of judgment on Count I of their Supplemental Complaint. To the extent that Intervenor-Defendant is seeking entry of judgment on any of the other counts in Plaintiffs' Supplemental Complaint, Plaintiffs oppose that request, as those claims have not been adjudicated. *See* Mem. Op., ECF No. 68 at 21 (explaining that "the Court need adjudicate only" Count I of Plaintiffs' Complaint to grant them full relief), 63 (granting Plaintiffs' Motion for Summary Judgment on Count I); Order, ECF No. 67 (entering judgment for Plaintiffs on Count I of the Supplemental Complaint).

//

Dated: July 8, 2024

Respectfully submitted,

/s/ Jane Perkins

| | |
|---|---|
| Ian Heath Gershengorn<br>Thomas J. Perrelli<br>Erica S. Turret<br>JENNER & BLOCK<br>1099 New York Ave., Suite 900<br>Washington, DC 20001<br>(202) 639-6869<br>Igershengorn@jenner.com<br>Eturret@jenner.com<br><br>*Counsel to National Health Law Program* | Jane Perkins<br>Catherine McKee<br>NATIONAL HEALTH LAW PROGRAM<br>1512 E. Franklin St., Ste. 110<br>Chapel Hill, NC 27514<br>(919) 968-6308 (x101)<br>perkins@healthlaw.org<br>mckee@healthlaw.org<br><br>Adam Mueller<br>INDIANA JUSTICE PROJECT<br>1100 W 42nd St. Suite 200<br>Indianapolis, IN 46208<br>(317) 912-1135 ext. 800<br>amueller@injp.org<br><br>*Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send an electronic notice to all authorized CM/ECF filers in this case.

By:   /s/ Jane Perkins
         Jane Perkins