UNITED STATES DISTRICT COURT
DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTE A. ROSE, JR., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) No. 1:19-cv-02848-JEB |
| XAVIER BECERRA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF APPEAL**

Pursuant to 28 U.S.C. § 1291 and Federal Rule of Appellate Procedure 3, notice is hereby given that Intervenor-Defendant Indiana Family and Social Services Administration appeals to the U.S. Court of Appeals for the District of Columbia Circuit the District Court's Opinion, Dkt. 68, and entry of final judgment under Federal Rule of Civil Procedure 54(b) on Count I of the Supplemental Complaint, Dkt. 67; Dkt. 71.

Respectfully submitted,

THEODORE E. ROKITA
Indiana Attorney General

By:  /s/ James A. Barta
James A. Barta (D.C. Bar 1032613)
Solicitor General

Office of the Indiana Attorney General
IGC-South, Fifth Floor
302 West Washington Street
Indianapolis, Indiana 46204-2770
Telephone: (317) 232-0709
Fax: (317) 232-7979
Email: James.Barta@atg.in.gov

Caroline M. Brown (D.C. Bar 438342)
Brown & Peisch PLLC
1225 19th St. NW, Suite 700
Washington, D.C. 20036
Phone: (202) 499-4258
Email: cbrown@brownandpeisch.com

*Counsel for Intervenor-Defendant*
*Indiana Family and Social Services Administration*

1