UNITED STATES DISTRICT COURT
DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTE A. ROSE, JR., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) No. 1:19-cv-02848-JEB |
| XAVIER BECERRA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**JOINT STATUS REPORT**

Pursuant to the Court's minute order on July 15, 2024, the parties are jointly submitting this status report regarding a proposed briefing schedule on Intervenor-Defendant Indiana Family and Social Services Administration's motion to stay, Dkt. 73. The parties have conferred regarding a briefing schedule and propose the following briefing format and briefing deadlines:

- Response of Federal Defendants: July 18, 2024

- Unified Response of Plaintiffs to Intervenor-Defendant and Federal Defendants: July 26, 2024

- Reply of Intervenor: July 29, 2024


| | |
|---|---|
| Dated: July 16, 2024 | Respectfully submitted, |
| /s/ Jane Perkins<br>Jane Perkins<br>Catherine McKee<br>National Health Law Program<br>1512 E. Franklin Street, Suite 110<br>Chapel Hill, NC 27514<br>(919) 968-6308<br>perkins@healthlaw.org<br><br>*Counsel for Plaintiffs* | THEODORE E. ROKITA<br>Indiana Attorney General<br><br>By: /s/ James A. Barta<br>James A. Barta (DC Bar 1032613)<br>Solicitor General<br><br>Office of the Indiana Attorney General<br>302 W. Washington St.<br>Indiana Government Center South, 5th Floor<br>Indianapolis, IN 46204-2770<br>Phone: (317) 232-0709<br>Fax: (317) 232-7979<br>Email: James.Barta@atg.in.gov<br><br>Caroline M. Brown (DC Bar 438342)<br>Brown & Peisch PLLC<br>1225 19th St. NW, Suite 700<br>Washington, D.C. 20036<br>Phone: (202) 499-4258<br>Email: cbrown@brownandpeisch.com<br><br>*Counsel for Intervenor-Defendant*<br>*Indiana Family and Social Services Administration*<br><br><br>BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>MICHELLE BENNETT<br>Assistant Branch Director<br><br>/s/ Jacob S. Siler<br>Jacob S. Siler (D.C. Bar No. 1003383)<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, DC 20005<br>Tel: (202) 353-4556<br>Email: Jacob.S.Siler@usdoj.gov<br><br>*Counsel for Federal Defendants* |