# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSE, JR., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, *et al.*, <br><br> Defendants. | Civil Action No. 1:19-cv-2848 (JEB) |

**FEDERAL DEFENDANTS' RESPONSE TO INTERVENOR-DEFENDANT INDIANA FAMILY AND SOCIAL SERVICES ADMINISTRATION'S MOTION FOR AN ADMINISTRATIVE STAY AND STAY PENDING APPEAL**

Pursuant to this Court's July 16, 2024, Minute Order, the Federal Defendants file this response to Intervenor-Defendant Indiana Family and Social Services Administration's Motion for an Administrative Stay and Stay Pending Appeal, ECF No. 73. The Federal Defendants take no position on Intervenor-Defendant's motion.

Dated: July 18, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director

*/s/ Jacob S. Siler*
Jacob S. Siler (D.C. Bar No. 1003383)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 353-4556
Email: Jacob.S.Siler@usdoj.gov

*Counsel for Federal Defendants*