UNITED STATES DISTRICT COURT
DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTE A. ROSE, JR., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) No. 1:19-cv-02848-JEB |
| XAVIER BECERRA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**JOINT STATUS REPORT**

Pursuant to the Court's minute order on August 5, 2024, the parties submit this joint status report. The parties have discussed the contours of a negotiated stay, and while it appears the parties may be able to reach agreement, additional time is required to finally resolve the matter due to the complexity of the issues and the number of stakeholders involved. The parties therefore ask that the Court accept this joint status report and permit the submission of an updated joint status report on or before August 15, 2024.

Dated: August 8, 2024

/s/ Jane Perkins
Jane Perkins
Catherine McKee
National Health Law Program
1512 E. Franklin Street, Suite 110
Chapel Hill, NC 27514
(919) 968-6308
perkins@healthlaw.org

*Counsel for Plaintiffs*

Respectfully submitted,

THEODORE E. ROKITA
Indiana Attorney General

By: /s/ James A. Barta
James A. Barta (DC Bar 1032613)
Solicitor General

Office of the Indiana Attorney General
302 W. Washington St.
Indiana Government Center South, 5th Floor
Indianapolis, IN 46204-2770
Phone: (317) 232-0709
Fax: (317) 232-7979
Email: James.Barta@atg.in.gov

1

Caroline M. Brown (DC Bar 438342)
Brown & Peisch PLLC
1225 19th St. NW, Suite 700
Washington, D.C. 20036
Phone: (202) 499-4258
Email: cbrown@brownandpeisch.com

*Counsel for Intervenor-Defendant*
*Indiana Family and Social Services Administration*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director

*/s/ Jacob S. Siler*
Jacob S. Siler (D.C. Bar No. 1003383)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 353-4556
Email: Jacob.S.Siler@usdoj.gov

*Counsel for Federal Defendants*