UNITED STATES DISTRICT COURT
DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTE A. ROSE, JR., *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) No. 1:19-cv-02848-JEB |
| XAVIER BECERRA, *et al.*, | ) ) |
| Defendants. | ) ) |

**JOINT STATUS REPORT**

Pursuant to the Court's minute orders of August 5 and August 8, 2024, the parties submit this updated status report. The parties have reached agreement on the following with respect to the motion for stay pending appeal filed by the Indiana Family and Social Services Administration (ECF #73):

1. The parties jointly request that the Court STAY its opinion and order vacating the Healthy Indiana Plan (HIP) 2.0 Demonstration Project pending appeal, except for those portions related to payment or non-payment of POWER account contributions, pending resolution of the appeal, issuance of the mandate, and disposition of any timely filed petition for certiorari.

2. In light of the limited vacatur, Defendant-Intervenor Indiana will suspend the invoicing and collection of contributions to HIP POWER accounts by HIP members for the duration of the stay. HIP members currently enrolled in HIP Plus will continue to be enrolled in HIP Plus, and new members who under the 2020 approval would have been eligible for HIP

1

Plus if they made POWER account contributions will be enrolled in HIP Plus, for the duration of the stay as long as they continue to meet all applicable eligibility requirements other than contributions to POWER accounts.

3. The Centers for Medicare & Medicaid Services ("CMS") agrees that it will not find Indiana out of compliance with the terms of the Demonstration Project for suspending premiums and maintaining enrollees in HIP Plus pursuant to Paragraph 2.

4. The parties' agreement is without prejudice to any argument the parties might make regarding the underlying merits, and the parties' agreement should not be construed to prevent any party from seeking relief from the limited stay for good cause shown.

Dated: August 15, 2024             Respectfully submitted,

*/s/ Jane Perkins (with permission)*
Jane Perkins
Catherine McKee
National Health Law Program
1512 E. Franklin Street, Suite 110
Chapel Hill, NC 27514
(919) 968-6308
perkins@healthlaw.org

*Counsel for Plaintiffs*

THEODORE E. ROKITA
Indiana Attorney General

By: */s/ James A. Barta*
James A. Barta (DC Bar 1032613)
Solicitor General

Office of the Indiana Attorney General
302 W. Washington St.
Indiana Government Center South, 5th Floor
Indianapolis, IN 46204-2770
Phone: (317) 232-0709
Fax: (317) 232-7979
Email: James.Barta@atg.in.gov

Caroline M. Brown (DC Bar 438342)
Brown & Peisch PLLC
1225 19th St. NW, Suite 700
Washington, D.C. 20036
Phone: (202) 499-4258
Email: cbrown@brownandpeisch.com

*Counsel for Intervenor-Defendant Indiana Family and Social Services Administration*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director

<u>/s/ Jacob S. Siler (with permission)</u>
Jacob S. Siler (D.C. Bar No. 1003383)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 353-4556
Email: Jacob.S.Siler@usdoj.gov

*Counsel for Federal Defendants*