**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MONTE A. ROSE, JR., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:19-cv-02848-JEB |
| | ) | |
| ROBERT F. KENNEDY, JR., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SETTLEMENT**

1. The parties have resolved any and all claims for attorney's fees, costs, and litigation expenses in this case.

2. As a result, no live issues remain before the Court, and Plaintiffs request that the Court close the above civil action.

Dated: October 19, 2026

Respectfully submitted,

By: /s/ *Jane Perkins*

Jane Perkins
Catherine McKee
National Health Law Program
1512 E. Franklin Street, Suite 110
Chapel Hill, NC 27514
(919) 968-6308 (x101) (telephone)
perkins@healthlaw.org
mckee@healthlaw.org

Adam Mueller
Indiana Justice Project
1100 W. 42nd Street, Suite 200
Indianapolis, IN 46208
(317) 912-1135 ext. 800
amueller@injp.org

*Counsel for Plaintiffs*

Ian Heath Gershengorn
Erica Turrett
Jenner & Block LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001
(202) 639-6004 (telephone)
IGershengorn@Jenner.com
ETurrett@Jenner.com

*Counsel to National Health Law Program*